UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>Civil Action No. 24-md-03113 (JXN)(LDW) | Civil Action No. 24-md-03113 (JXN)(LDW)<br>MDL No. 3113 |

**PLAINTIFF JOSEPH GIAMANCO'S RESPONSE IN SUPPORT OF
MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL FOR
<u>THE APPLE WATCH DIRECT PURCHASER CLASS</u>**

Pursuant to this Court's Case Management Order Number 1, Dkt. 7, Plaintiff Joseph Giamanco submits this response in support of his motion to appoint Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., Korein Tillery LLC, and MoloLamken LLP as interim lead counsel for the proposed class of Apple Watch direct purchasers, and McElroy, Deutsch, Mulvaney & Carpenter, LLP as liaison counsel to the proposed class (together, "Proposed Lead Apple Watch Counsel").

Four groups of attorneys have filed motions to be appointed to interim lead counsel roles in this multi-district litigation:

1. The Majority Group, on behalf of Plaintiff Aceto and 48 other plaintiffs, seeking to represent iPhone direct purchasers, Dkt. 17;

2. Hausfeld LLP and Susman Godfrey LLP, on behalf of Plaintiffs Goldfus and Polly, seeking to represent iPhone direct purchasers, Dkt. 19;

3. Schneider Wallace Cottrell Konecky LLP, Berger Montague PC, Lockridge Grindal Nauen PLLP, and Spector Roseman & Kodroff, P.C., on behalf of Plaintiff Arends and seven other plaintiffs, seeking to represent iPhone indirect purchasers, Dkt. 18; and

4. The undersigned Proposed Lead Apple Watch Counsel, on behalf of Plaintiff Giamanco, seeking to represent Apple Watch direct purchasers, Dkt. 20.

As these motions reflect, no counsel other than Proposed Lead Apple Watch Counsel seeks to represent direct purchasers of Apple Watches in this litigation. Moreover, no plaintiff group disputes that Apple Watch direct purchasers require separate representation. *See* Dkt. 20 at 4-9.

Proposed Lead Apple Watch Counsel therefore respectfully request that the Court enter an order appointing Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., Korein Tillery LLC, and MoloLamken LLP as interim lead counsel for the proposed class of Apple Watch direct purchasers, and appointing McElroy, Deutsch, Mulvaney & Carpenter, LLP liaison counsel to the proposed class.

Dated: August 22, 2024

By: *s/ Thomas R. Curtin*

David C. Frederick
Aaron M. Panner
Scott K. Attaway
Ariela Migdal
Alex A. Parkinson
KELLOGG, HANSEN, TODD
FIGEL & FREDERICK, P.L.L.C.
1615 M Street NW, Suite 400
Washington, DC 20036
Tel.: (202) 326-7900

George A. Zelcs
Marc A. Wallenstein
David Walchak
KOREIN TILLERY LLC
205 N. Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel.: (312) 641-9750

Carol O'Keefe
Andrew Ellis
KOREIN TILLERY LLC
505 N. 7th Street, Suite 3600
St. Louis, MO 63101
Tel.: (314) 241-4844

Kathleen N. Fennelly
MCELROY, DEUTSCH,
MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962
Tel: (973) 993-8100

Thomas R. Curtin
MCELROY, DEUTSCH,
MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962
Tel: (973) 993-8100
tcurtin@mdmc-law.com

Steven F. Molo
Jonathan Barbee
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Tel.: (212) 607-8160

Jordan A. Rice
Eric A. Posner
MOLOLAMKEN LLP
300 N. LaSalle Street
Chicago, IL 60601
Tel.: (312) 450-6700

Jennifer Fischell
Kayvon Ghayoumi
MOLOLAMKEN LLP
600 New Hampshire Avenue, N.W.
Washington, DC 20037
Tel.: (202) 556-2000

*Attorneys for Plaintiff Joseph Giamanco and the Proposed Apple Watch Direct Purchaser Class*